UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DIANE PEASE,

      Plaintiff,

v.                          Case No:   2:14-cv-254-FtM-38CM

J.C. PENNEY CORPORATION, INC.,

      Defendant.

_____/

## ORDER[1]

This matter comes before the Court on the Parties Mediation Report (Doc. #18) filed on September 11, 2014.  The Parties informed the Court that this case has settled, however; to date the Parties have not filed a notice of settlement or final settlement documents with the Court.  Therefore, the Court directs the Parties to file the appropriate settlement documents and notice of settlement with the Court.

Accordingly, it is now

**ORDERED:**

The Parties shall file the appropriate settlement notice and/or voluntary dismissal documents with the Court on or before **Friday, October 10, 2014**.

_____

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of October, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record